KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416



FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 FEB 25 PM 1:28

DISTRICT OF UTAH
MAIL

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| JALIN NEAL ANDERSON<br>HOLLY CHRISTINE ANDERSON | Bankruptcy No. 09-21006 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in JP Morgan Chase Bank, Account # 312252035466.

3. The amounts are as follows:

| | |
|---|---|
| Vorhees Sanitation<br>P.O. Box 196<br>Driggs, Idaho 83422 | $ .54 |
| American Express Bank FSB<br>C/O Becket & Lee, LLP<br>P.O. Box 3001<br>Malvern PA 19355 | 4.61 |
| Intermountain Health Care<br>P.O. Box 27808<br>Salt Lake City, Utah 84127 | .43 |
| GE Money Bank<br>C/O Recovery Money Management Sys. Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Florida 33131 | 1.61 |
| GE Money Bank<br>C/O Recovery Money Management Sys. Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Florida 33131 | 1.19 |



4. A check in the amount of $8.38, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 24th day of February, 2010.

_____
KENNETH A. RUSHTON, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this _24th_ day of _February_, 2010.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111